JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA IBARRA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; WELLS FARGO BANK LTD; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | **Case No.: 5:18-cv-01344-AB-AFM**<br><br>~~[PROPOSED]~~ **ORDER FOR DISMISSAL WITH PREJUDICE** [20] |

- 1 -

Base on the Stipulation, it is ordered that:

Plaintiff JESSICA IBARRA, and Defendants WELLS FARGO BANK, NATIONAL ASSOCIATION and WELLS FARGO BANK LTD, hereby agree and stipulate, through their attorneys of record, that the above-captioned action, is hereby dismissed with prejudice in its entirety pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: April 05, 2019

_____
**The Honorable André Birotte Jr.**
United States District Judge